# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

### CIVIL RIGHTS COMPLAINT FORM FOR
### PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER
### 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Shantele Reneè Bennett,
The Estate of
Shantele Reneè Bennett,

_____,

*(Write the full name of each Plaintiff
filing this complaint. If there is
insufficient space to list the names of
all Plaintiffs, please write "see
attached" in the space above and
attach an additional page with a full
list of names.)*

Case No.: 3:20-cv-1383-J-34 JRK
*(To be filled in by the Clerk's Office)*

v.

Robert Anzueto                  ,

_____,

*(Write the full name of each Defendant
who is being sued in this complaint. If
there is insufficient space to list the
names of all Defendants, please write
"see attached" in the space above and
attach an additional page with a full
list of names.)*

_____/

**Jury Trial Requested?**
☑ **YES**   ☐ **NO**

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: Shantele Renee Bennett

   Address: P.O. Box 678165

   City, State, and Zip Code: Orlando, FL 32867

   Telephone: _____ (Home) (321)324-3901 (Cell)

2. Plaintiff's Name: The Estate of Shantele Renee Bennett

   Address: _____

   City, State, and Zip Code: · _____ Florida 32113

   Telephone: _____ (Home) _____ (Cell)

   (Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1.  Defendant's Name: Robert Anzueto

Official Position: Orange County Sheriff Major

Employed at: The Orange County Sheriff Office

Mailing Address: 2500 W. Colonial Dr

Orlando, FL 32804

☑ Sued in Individual Capacity          ☐ Sued in Official Capacity

2.  Defendant's Name: _____

Official Position: _____

Employed at: _____

Mailing Address: _____

_____

☐ Sued in Individual Capacity          ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II.   BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

□ Federal Officials (*Bivens case*)        □ State/Local Officials (*§ 1983 case*)

## III.   STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief.  Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim.  Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law.  Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident.  ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum***.  You may make copies of the following page if necessary to supply all of the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  ***Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.***

Robert Anzeuto has spoken and signed declaration with Fighter Law Firm that Shantele Renée Bennett is dangerous during a paid service agreement of representation. The attorney has filed the argument in FL Orange County Court stalking case. The case is published

**Factual Allegations, Continued** *(Page 2 of 2)*

on the website for public view). As an activist Shantele Renée Bennett has discovered that Robert Anzeuto and other employees past and present of the Orlando Police Department has not yet completed High School, and not maintained the right to work in the United States. Therefore the acts are attempts to silence her, but is not successful. Shantele started a new business as a political /managment consultant and his slander is an attempt to attack the economic status of her well being disabling her fight in justice. Her business support elected officials and candidates, along with bussmesses that include (judges, appontees, incumbants and their businesses they own. Robert spoken and signed written slander. Shantele ask that Robert also provide verifiable birth certificate and valid green card. A High School Diploma is also requested.

## IV.  STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated.  Be specific.  If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III.  If more than one Defendant is named, indicate which claim is presented against which Defendant.



Violation of 28 U.S. Code § 4101 Defimation of character. (slande and libel)

## V.  RELIEF REQUESTED

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.  If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

$367,200 USD. for business damage, $200,000 USD in personal damage, $50,000 US D Time, research, material and represen tation. for the total sum of $617,000 USD to be held in escrow within 20 days of notice.

## VI.   CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 12/8/2020 Plaintiff's Signature: _Shantele Renee Bennett_

Printed Name of Plaintiff: _Shantele Renee Bennett_

Address: _P.O. Box 678165 Orlando, FL 32867_

E-Mail Address: _brsbennett57@aol.com_

Telephone Number: (321) 324-3901

*(Additional signature page(s) must be attached if there is more than one*

*Plaintiff.)*